## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### PETER SAUL THEADO
### DOB: 08/02/1973

I, Zachary Mitlitsky, being first duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1. I am a Federal Officer with United States Secret Service Uniform Division ("USSS/UD"), where I have served since April 2018. I am currently assigned to the White House Branch, Patrol Unit. My duties and responsibilities, among other things, include securing the outer perimeter of the White House complex. I have attended the Uniform Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, and the Secret Service Uniform Division Training Program at the Rowley Training Center in Beltsville, Maryland.

2. The information set forth in this Affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement officers. Thus, the statements contained in this Affidavit are based in part on information provided to me by other officers and USSS investigators.

3. The information provided in this Affidavit is provided for the limited purpose of showing there is probable cause for the requested complaint and does not set forth all my knowledge regarding this matter.

### PURPOSE OF AFFIDAVIT

This Affidavit is made in support of a criminal complaint charging **PETER SAUL THEADO** (hereafter THEADO) with Contempt of Court, in violation of 18 U.S.C. §§ 401(3).

### FACTUAL BASIS SUPPORTING PROBABLE CAUSE

4. On January 26, 2020 at approximately 1722 hours, while operating in full police uniform on a marked police bicycle, your affiant, the reporting Officer ("RO") observed S1, later identified as Peter Theado, DOB: 08/02/1973, walking northbound on the 500 block of 17th Street NW Washington, DC. RO immediately identified S1 as an individual known to have a stay away order from the White House Complex. RO and USSS Ofc. Dougherty approached S1, who stated he had an appointment with his wife Ivanka Trump at the White House.

5. RO asked for S1's name and date of birth. S1 identified himself as Peter Theado and provided the date of birth listed above. RO recorded the information, and requested an NCIC/WALES check through the USSS Joint Operations Center. At some point thereafter, S1 indicated that he might also be listed in Secret Service records as Peter

      Trump, Jr. After contacting court services, it was determined that S-1 possessed an active stay away order for the White House Complex. The parameters of the stay away order were set as 14th St. to 18th St. NW, Constitution Ave. to I St. NW. The stay away order was issued by Judge Walton on October 18th, 2019, in case 18-CR-057. S1 was well within this restricted zone, at the time the RO questioned him. Upon being asked questions about any active stay-away order from the White House complex, S-1 indicated his probation officer told him there were no active stay away orders, and that he would "come back to the White House until he is dead".

6. S1 was placed under arrest for Contempt of Court. RO conducted a search incident to arrest, and S1 was transported to MPDC 2nd District for processing.

7. S1 has been convicted on three prior occasions for offenses related to unlawfully entering the White House complex. In 2017 CMD 000436, S1 pleaded guilty to unlawfully entering a restricted area at the White House and was sentenced to 10 days confinement. THEADO was also convicted in 2017 CMD 002948 of Contempt for returning to the White House complex in violation of his conditions of release in 2017 CMD 000436. In 2018, S1 was convicted of assaulting a USSS uniform division officer while trying to gain access to the White House grounds, in 18-CR-057(RBW).

## CONCLUSION

Based on the abovementioned facts, I submit there is probable cause to believe that on January 26, 2020, PETER SAUL THEADO committed the offense of Contempt of Court, in violation of 18 U.S.C. §§ 401(3).

      Zachary Mitlitsky, Officer
      United States Secret Service Uniform Division

Subscribed and sworn before me this _____ day of January 2020.

      Hon. Deborah Robinson
      United States Magistrate Judge